# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ DE LA PAZ DOMINGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC,<br><br>　　　　Defendant. | Case No. 1:22-cv-00927-JLT-SAB<br><br>ORDER GRANTING MOTION FOR WITHDRAWAL OF PLAINTIFF'S COUNSEL ARIEL HARMAN-HOLMES<br><br>(ECF No. 21) |

On July 18, 2023, a notice of withdrawal of counsel Ariel Harman-Holmes as counsel for Plaintiff was filed. (ECF No. 21.) Plaintiff continues to be represented by other counsel from the same law firm. (Id.)

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to withdraw Ariel Harman-Holmes as counsel is GRANTED; and
2. The Clerk of the Court is DIRECTED to terminate Ariel Harman-Holmes as counsel for Plaintiff.

IT IS SO ORDERED.

Dated: **July 18, 2023**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE