# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ DE LA PAZ DOMINGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC,<br><br>　　　　Defendant. | Case No. 1:22-cv-00927-JLT-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 16, 23) |

  A scheduling order for this matter issued on October 31, 2022. (ECF No. 16.) The pretrial conference is set for May 9, 2024; trial is set for September 17, 2024.

  On July 24, 2023, the parties filed a joint stipulation to continue all deadlines but the trial date, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 23.) The proffer they have served their respective initial disclosures and propounded written discovery and responses, but need additional time to complete depositions. In particular, the parties proffer that only a few individuals are designated by Defendant to be deposed in lemon law cases, as here, and there have been numerous scheduling conflicts with respect to the deposition of Defendant's witness. Thus far, the parties have agreed to a date prior to September 30, 2023. In addition, the parties proffer they need additional time to complete written discovery. The Court finds good cause exists to grant the requested relief.

  Accordingly, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 23) is GRANTED and the scheduling order is modified as follows:

1. The non-expert discovery deadline is extended to **November 13, 2023**;

2. The expert disclosure deadline is extended to **November 20, 2023**;

2. The supplemental expert disclosure deadline is extended to **December 5, 2023**;

3. The expert discovery deadline is extended to **December 22, 2023;**

4. The dispositive motion deadline is extended to **February 26, 2024**;

5. The pretrial conference is continued to **August 12, 2024** at **1:30 p.m.** in **Courtroom 4**; and

4. All remaining deadlines set forth in the scheduling order, as modified, shall remain unaltered.

IT IS SO ORDERED.

Dated:   **July 25, 2023**

UNITED STATES MAGISTRATE JUDGE

2