UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beatriz De La Paz Dominguez, et al<br><br>Plaintiff,<br><br>v.<br><br>FCA US, LLC<br><br>Defendant. | Case No. 1:22-cv-0927-JLT-SAB<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 05/01/2024.

May 3, 2024

KEITH HOLLAND, CLERK

By: /s/ R. Gonzalez,
Deputy Clerk