**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEATRIZ DE LA PAZ DOMINGUEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　　　Defendants. | Case No.: 1:22-cv-00927-JLT-SAB<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION** |

On May 24, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from May 31, 2024 to July 31, 2024; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.
4. Further extension requests of this nature will be viewed with disfavor.

IT IS SO ORDERED.

Dated: **May 28, 2024**

　　　　　　　　　　　　　　　　　　　_Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE