# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ DE LA PAZ DOMINGUEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 1:22-cv-00927-JLT-SAB<br><br>District Judge: Jennifer L. Thurston<br><br>**[PROPOSED] ORDER APPROVING STIPULATION RE COSTS AND ATTORNEYS' FEES** |

　　　Plaintiff BEATRIZ DE LA PAZ DOMINGUEZ ("Plaintiff") and Defendant FCA US LLC ("Defendant") have agreed FCA US LLC will pay $14,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

　　　Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $14,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by October 7, 2024. After satisfaction of payment, Plaintiff **SHALL** dismiss this case with prejudice within 10 business days against all parties.

IT IS SO ORDERED.

　　Dated:　**August 13, 2024**

　　　　　　　　　　　　　　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE